UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                              **Case No.**

    **DOUGLAS G. HILFMAN,**                **CHAPTER 13 PLAN**

    Debtor(s).
-----------------------------------------------------------X

    1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for total period of 60 months, the sum of:

    * $360.00 commencing November 2006 through and including October 2011 for a period of 60 months;

    2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**

**EVERHOME MORTGAGE – NO ARREARS**
**GMAC – NO ARREARS**

    (c) Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than 100% percent.

    3. All lease agreements are hereby rejected, unless specifically assumed as follows:
      __NONE_____

Dated: October 24, 2006                                  _____
                                                                     **DOUGLAS G. HILFMAN, Debtor**

_____
**ROBERT H. SOLOMON, ESQ.**
ATTORNEY FOR THE DEBTOR

                                                                       CHAPTER 13 PLAN-hilfman